UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj 1950 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| JUEL SALMAN-RAMIREZ | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

EMMANUEL ANTONIO Mateo-URIBE

DATED: 7/3/08

**LOUISA S. PORTER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM            OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk