# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                 Plaintiff  )
                          )
             vs.  )
                          )
Joel Salman - Ramirez  )
            Defendant(s)  )
_____  )

08CR 2249-BEN

CRIMINAL NO. _____

### ORDER
RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, William McCurine Jr

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Emanuel Antonio Mateos-Uribe
(on bond)

DATED: _____07-08-08_____

_____William McCurine Jr_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082