FILED

JUL - 8 2008

CLERK, U.S. ~~~ COURT
SOUTHERN DIST~~~ OF CALIFORNIA
BY ~~~ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2249-BEN |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| JOEL SALMAN-RAMIREZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 23, 2008, within the Southern District of California, defendant JOEL SALMAN-RAMIREZ, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Emanuel Antonio Mateos-Uribe, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 7/8/08 .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
6/26/08